

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 2 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Kowit Yuktanon, DEFENDANT(S). | CASE NUMBER SA16-34M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _January 27_____, _2016_, at _2:00_ ☐a.m. ☒p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _1/26/2016_                    _____
                                      DOUGLAS F. McCORMICK
                                      U.S. District Judge/Magistrate Judge